RECEIVED

JUL 2 3 2009

TONY R. MOORE, CLERK
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: 09-00156 |
| | * | |
| | * | 18 U.S.C. § 2422(b) |
| VERSUS | * | (Attempted Coercion and Enticement) |
| | * | |
| | * | |
| HEATH HILL | * | JUDGE STAGG |
| a/k/a "DJ Skinny" and "Skinny on 99X" | * | MAGISTRATE JUDGE HORNSBY |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about January 1, 2009, and on or about February 24, 2009, in the Western District of Louisiana and elsewhere, the defendant, HEATH HILL, a.k.a. "DJ Skinny" and "Skinny On 99X", did use a facility of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce persons the defendant, HEATH HILL, a.k.a. "DJ Skinny" and "Skinny On 99X", believed were under the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense under federal, state, and local law.

All in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

A TRUE BILL

DONALD W. WASHINGTON
United States Attorney

[signature]
FOR EARL M. CAMPBELL, # 25957
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600